UNITED STATES COURT OF APPEALS
For the Fifth Circuit

_____

No. 01-30609
No. 01-30682

_____

GERARD MENDONCA,

Plaintiff-Appellant,

VERSUS

TIDEWATER, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Louisiana, New Orleans
00-CV-2284-C

_____
March 7, 2002

Before ALDISERT,[*] DAVIS, and PARKER, Circuit Judges

PER CURIAM:[**]

We affirm the judgment of the district court essentially for
the reasons stated by the district court in its Orders and Reasons
of March 21 and April 9, 2001 and by the magistrate judge in his
Minute Entry of April 18, 2001.

_____

[*]Circuit Judge, U.S. Court of Appeals for the Third Circuit,
sitting by designation.

[**]Pursuant to 5th Cir. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. R. 47.5.4.

Plaintiff-Appellant asserts an additional argument on appeal. He now seeks to assert state law claims based on diversity jurisdiction. Even if we were to consider this argument, raised for the first time on appeal, Plaintiff-Appellant did not allege facts in the district court sufficient to trigger diversity jurisdiction.

The judgment of the district court is therefore AFFIRMED.